### Emerson, Appellant, *v.* Allstate Insurance Company et al.

Argued October 10, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused June 2, 1970.

*Kenneth W. Behrend,* with him *Mark B. Aronson,* and *Behrend & Aronson,* for appellant.

*Thomas Levendos,* with him *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellee.

*Bruce R. Martin,* for appellee.

*Thomas A. Lazaroff,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Order affirmed.